UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:14-CR-313-KJD-NIK |
| v. ) | |
| ) | |
| RUSSELL L. CANTOR, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on November 19, 2014, defendant RUSSELL L. CANTOR pled guilty to Count One of a One-Count Criminal Information charging him with Receipt of Child Pornography in violation of Title 18, United States, Section 2252A(a)(2) and (b). Criminal Information, ECF No. 2; Change of Plea, ECF No. 8; Plea Agreement, ECF No. 6.

This Court finds defendant RUSSELL L. CANTOR agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 2; Change of Plea, ECF No. 8; Plea Agreement, ECF No. 6.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which defendant RUSSELL L. CANTOR pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. one Dell desktop computer, serial #31VVRL1 with one internal SATA hard drive serial # S26BJ9FZ400358;
2. one Maxtor external hard drive serial # Y668SXEE;
3. forty-six CD/DVD discs; and
4. any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RUSSELL L. CANTOR in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

1  Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
2  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
3  petition and the relief sought.
4      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
5  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
6  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
7  after the first day of the publication on the official internet government forfeiture site,
8  www.forfeiture.gov.
9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
10 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
11 following address at the time of filing:

12     Michael A. Humphreys
    Assistant United States Attorney
13     Daniel D. Hollingsworth
    Assistant United States Attorney
14     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
15     Las Vegas, Nevada 89101.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
17 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
18 following publication of notice of seizure and intent to administratively forfeit the above-described
19 property.
20     DATED this 20th day of Nov, 2014.

_____
UNITED STATES DISTRICT JUDGE