**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:14-cr-313-KJD-NJK |
| vs. | ) |
| RUSSELL CANTOR, | ) **ORDER** |
| Defendant. | ) |

Based upon this pending Stipulation of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for Wednesday, June 24, 2015, at the hour of 9:00 a.m., is hereby vacated and continued to  July 14 , 2015, at the hour of  9:00 , in Courtroom  4A .

**DATED** this  17  day of  June  2015.

_____
UNITED STATES DISTRICT JUDGE

3