Jeffrey S. Posin, Esq.
Nevada Bar No. 6457
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:14-cr-00313-KJD-NJK |
| vs. | ) **STIPULATION AND ORDER** |
| RUSSEL L. CANTOR, | ) |
| Defendant. | ) |

COMES THE Defendant, RUSSEL L. CANTOR, by and through his attorney of record, Jeffrey S. Posin, Esq., of Jeffrey S. Posin & Associates, and the Plaintiff United States of America, by and through Jiamie Chen, Assistant United States Attorney, and the parties stipulate and it hereby ordered as follows:

1. That the Defendant, RUSSEL L. CANTOR, shall be allowed to travel to California from July 8, 2015 through July 10, 2015 for a medical appointment with Dr. Phillip Fleshner,

and Defendant, RUSSEL L. CANTOR, will stay at the Hilton Garden located at 2005 N. Highland Hollywood, California 90068.

2. That the Defendant RUSSEL L. CANTOR, shall provide an itinerary to his supervising pre-trial services officer and contact his supervising pre-trial services officer before he leaves for such travel and immediately after he returns home.

3. That all other terms and conditions shall remain unchanged.

DATED this 7th day of July, 2015.       DATED this 7th day of July, 2015.

Submitted By:                                   Approved as to Content and Form:

/s/ Jeffrey S. Posin, Esq.                      /s/ Jiamie Chen, Esq.
JEFFREY S. POSIN, ESQ.                          JIAMIE CHEN, ESQ.
Nevada Bar Number 6457                          Assistant United States Attorney
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorney for Defendant

## ORDER

Based upon the forgoing Stipulation and Order, and good cause appearing therefore,

**IT IS SO ORDERED**;

This __7__ day of July 2015.

_____
UNITED STATES JUDGE