Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Amber P. Adams, Esq.
Nevada Bar No.: 12678
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | STIPULATION TO CONTINUE SENTENCING HEARING |
| Plaintiff, | |
| vs. | 2:14-cr-00313-KJD-NJK |
| RUSSELL CANTOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED by and between Jiamie Chen, Assistant United States Attorney, and Jeffrey Posin, attorney for Defendant Russell Cantor, that the sentencing date currently scheduled for Tuesday, July 14, 2015 at 9:00 a.m. shall be continued to July 28, 2015.

This Stipulation is entered into for the following reasons:

1. Defendant Russell Cantor is to undergo emergency treatment for complications arising from treatment of his cancer in Los Angeles, California; and

///

///

///

///

1

2. The United States, by and through Assistant United States Attorney Jiamie Chen, does not oppose the continuance.

DATED this 6th day of July, 2015.

        /s/Jiamie Chen
JIAMIE CHEN, ESQ.


        /s/Jeffrey S. Posin
JEFFREY POSIN, ESQ.
Counsel for Defendant


IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _July 9th_____, 2015