FILED          RECEIVED
ENTERED        SERVED ON

2015 JUL 22  P 1: 49

DEPUTY

Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Amber P. Adams, Esq.
Nevada Bar No.: 12678
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | STIPULATION TO CONTINUE SENTENCING HEARING |
| Plaintiff, | |
| vs. | 2:14-cr-00313-KJD-NJK |
| RUSSELL CANTOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED by and between Jiamin Chen, Assistant United States Attorney, and Jeffrey Posin, attorney for Defendant Russell Cantor, that the sentencing date currently scheduled for Tuesday, July 28, 2015 at 9:00 a.m. shall be continued for thirty (30) days or as soon thereafter as the Court deems appropriate.

This Stipulation is entered into for the following reasons:

1. Defendant Russell Cantor is to undergo emergency surgery required for treatment of his cancer; and

///

///

///

///

1

2. The United States, by and through Assistant United States Attorney Jiamin Chen, does not oppose the continuance.

DATED this 21st day of July, 2015.

    /s/Jiamin Chen
    JIAMIN CHEN, ESQ.


    /s/Jeffrey S. Posin
    JEFFREY POSIN, ESQ.
    Counsel for Defendant

SENTENCING is reset to 8/26/15 at 9:00 AM in Courtroom 4A.

    IT IS SO ORDERED

    _____
    UNITED STATES JUDGE

    DATED: _____, 2015