✓ FILED     ___ RECEIVED
___ ENTERED ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

JUL 2 7 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Jeffrey S. Posin, Esq.
Nevada Bar No. 6457
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00313-KJD-NJK |
| vs. | **STIPULATION AND ORDER** |
| RUSSELL CANTOR, | |
| Defendant. | |

COMES THE Defendant, RUSSEL L. CANTOR, by and through his attorney of record, Jeffrey S. Posin, Esq., of Jeffrey S. Posin & Associates, and the Plaintiff United States of America, by and through Jiamie Chen, Assistant United States Attorney, and the parties stipulate and it hereby ordered as follows:

1. That the Defendant, RUSSELL CANTOR, shall be allowed to travel to California from

    July 27, 2015 through July 29, 2015 for to have a surgical procedure performed by Dr.

Phillip Fleshner. If there are complications from the surgical procedure, then Defendant RUSSELL CANTOR shall be allowed to stay in Los Angeles until such time as Dr. Fleshner clears him to travel back to Nevada. Defendant, RUSSELL CANTOR, will stay at the Carlyle Hotel located at 1119 S. Robertson Boulevard, Los Angeles, California 90035 unless he is an inpatient at Cedar Sanai Hospital located at 8700 Beverly Blvd, Los Angeles, CA 90048.

2. That the Defendant RUSSEL L. CANTOR, shall provide an itinerary to his supervising pre-trial services officer and contact his supervising pre-trial services officer before he leaves for such travel and immediately after he returns home.

3. That all other terms and conditions shall remain unchanged.

DATED this 27th day of July, 2015.                    DATED this 27th day of July, 2015.

Submitted By:                                          Approved as to Content and Form:

/s/ Jeffrey S. Posin, Esq.                             /s/ Jiamie Chen, Esq.
JEFFREY S. POSIN, ESQ.                                 JIAMIE CHEN, ESQ.
Nevada Bar Number 6457                                 Assistant United States Attorney
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorney for Defendant

## ORDER

Based upon the forgoing Stipulation and Order, and good cause appearing therefore,

**IT IS SO ORDERED;**

This 27th day of July 2015.

_____
UNITED STATES MAGISTRATE

2