Jeffrey S. Posin, Esq.
Nevada Bar No. 6457
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:14-cr-00313-KJD-NJK |
| vs. | ) **STIPULATION AND ORDER** |
| RUSSEL L. CANTOR, | ) |
| Defendant. | ) |

COMES THE Defendant, RUSSEL L. CANTOR, by and through his attorney of record, Jeffrey S. Posin, Esq., of Jeffrey S. Posin & Associates, and the Plaintiff United States of America, by and through Jiamie Chen, Assistant United States Attorney, and the parties stipulate and it hereby ordered as follows:

1. That the Defendant, RUSSELL CANTOR, shall be allowed to travel to California from September 9, 2015 through September 10, 2015 for additional testing in relation to his

1

recent surgical procedure performed by Dr. Phillip Fleshner. Defendant, RUSSELL CANTOR, will stay at the Carriage Inn located at 5525 Sepulveda Boulevard, Van Nuyes, California 91411.

2. That the Defendant, RUSSEL L. CANTOR, shall be allowed to attend the annual Alcoholics Anonymous Spring Assembly located at the Tonopah Convention Center, 301 Brougher Ave., Tonopah, Nevada 89049 from September 11, 2015 through September 13, 2015, and the Defendant, RUSSEL L. CANTOR, will stay at the Clown Motel located at 521 North Main Street, Tonopah, Nevada 89049. The Defendant RUSSEL L. CANTOR, shall return home immediately after the event.

3. That the Defendant RUSSEL L. CANTOR, shall provide an itinerary to his supervising pre-trial services officer and contact his supervising pre-trial services officer before he leaves for such travel and immediately after he returns home.

4. That all other terms and conditions shall remain unchanged.

5. That the sentencing date currently scheduled for Tuesday, August 26, 2015 at 9:00 a.m. shall be continued for the first available date after October 6, 2015, or soon thereafter as the Court deems appropriate.

This Stipulation is entered into for the following reasons:

. . .

. . .

. . .

6. That Defendant Russell Cantor continues to suffer from complications from his colon cancer and related surgical procedures.

DATED this 19th day of August, 2015.        DATED this 19th day of August, 2015.

Submitted By:                                Approved as to Content and Form:


/s/ Jeffrey S. Posin, Esq.                   /s/ Jiamie Chen, Esq.
JEFFREY S. POSIN, ESQ.                       JIAMIE CHEN, ESQ.
Nevada Bar Number 6457                       Special Assistant United States Attorney
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorney for Defendant


### **ORDER**

Based upon the forgoing Stipulation and Order, and good cause appearing therefore,

**IT IS SO ORDERED**;

This  20th  day of August 2015.

_____
UNITED STATES DISTRICT JUDGE