Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Amber P. Adams, Esq.
Nevada Bar No.: 12678
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | ORDER TO ALLOW DEFENDANT |
| vs. | ) ) | TO TRAVEL TO CALIFORNIA; ORDER THEREON |
| RUSSELL CANTOR, | ) ) | |
| Defendant. | ) ) | 2:14-cr-00313-KJD-NJK |

        IT IS HEREBY STIPULATED and AGREED by and between Jiamin Chen, Assistant

United States Attorney, and Jeffrey Posin, attorney for Defendant Russell Cantor, that the

sentencing date currently scheduled for Tuesday, October 6, 2015 at 9:00 a.m. shall be continued

for thirty (30) days or as soon thereafter as the Court deems appropriate.

/ / /

IT IS FURTHER STIPULATED that the Defendant, RUSSELL CANTOR, shall be allowed to travel to California from October 8, 2015 through October 20, 2015 for another surgical procedure and recovery.  Defendant, RUSSELL CANTOR, shall be hospitalized or will be at the residence of Richard & Sherry Kelly, located at 14612 Addison Street in Sherman Oaks, California 91403.

The Defendant, RUSSEL L. CANTOR, shall provide an itinerary to his supervising pre-trial services officer and contact his supervising pre-trial services officer before he leaves for such travel and immediately after he returns home.

All other terms and conditions shall remain unchanged.

This Stipulation is entered into for the following reasons:

1.  Defendant Russell Cantor is to undergo another surgery required for treatment of his cancer;

2.  Assistant United States Attorney Jiamin Chen is scheduled to be out of the office for training from October 4 through October 7;

///

///

///

///

///

///

///

///

///

3.  The United States, by and through Assistant United States Attorney Jiamin Chen, does not oppose the continuance.

DATED this 22nd day of September, 2015.


_____/s/Jiamin Chen_____
JIAMIN CHEN, ESQ.


_____/s/Jeffrey S. Posin_____
JEFFREY POSIN, ESQ.
Counsel for Defendant


IT IS SO ORDERED that Defendant, RUSSELL CANTOR, be allowed to travel to California between the dates of October 6, 2015 and October 20, 2015 for surgery.


_____
UNITED STATES JUDGE


DATED:  _September 24_____, 2015