Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Amber P. Adams, Esq.
Nevada Bar No.: 12678
Jeffrey S. Posin & Associates
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | ORDER THEREON |
| vs. | ) | |
| | ) | |
| RUSSELL CANTOR, | ) | 2:14-cr-00313-KJD-NJK |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and AGREED by and between Jiamin Chen, Assistant United States Attorney, and Jeffrey Posin, attorney for Defendant Russell Cantor, that the Defendant, RUSSELL CANTOR, shall be allowed to travel to California from October 8, 2015 through October 20, 2015 for another surgical procedure and recovery.  Defendant, RUSSELL

CANTOR, shall be hospitalized or will stay at the **Carriage Inn, located at 5525 Sepulveda Blvd., Sherman Oaks, California 91411**.

The Defendant, RUSSEL L. CANTOR, shall provide an itinerary to his supervising pre-trial services officer and contact his supervising pre-trial services officer before he leaves for such travel and immediately after he returns home.

All other terms and conditions shall remain unchanged.

This Stipulation is entered into for the following reasons:

1. Defendant Russell Cantor is to undergo another surgery required for treatment of his cancer.

DATED this 6th day of October, 2015.

    /s/Jiamin Chen
JIAMIN CHEN, ESQ.

    /s/Jeffrey S. Posin
JEFFREY POSIN, ESQ.
Counsel for Defendant

IT IS SO ORDERED that Defendant, RUSSELL CANTOR, be allowed to travel to California between the dates of October 8, 2015 and October 20, 2015 for surgery.

UNITED STATES DISTRICT JUDGE

DATED: October 8, 2015