Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Amber P. Adams, Esq.
Nevada Bar No.: 12678
Posin Law Group, P.C.
8935 South Pecos Road, Suite 21A
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
RUSSELL L. CANTOR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) ORDER CONTINUING DEFENDANT, |
| Plaintiff, | ) RUSSELL CANTOR'S, SELF-SURRENDER |
| | ) |
| vs. | ) |
| | ) 2:14-cr-00313-KJD-NJK |
| RUSSELL CANTOR, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that Defendant, RUSSELL CANTOR, self-surrender for service of sentence at the institution designated by the Bureau of Prisons before NOON on February 26, 2016.  **FINAL CONTINUANCE**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 5, 2016

1